Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was sustained.

**No. 51464.**—Protests 620907–G, etc., of Manne & Weill (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiffs was sustained.

**No. 51465.**—Protests 649800–G, etc., of Manne & Weill (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiffs was sustained.

**No. 51466.**—Protests 125143–K, etc., of American Fabrics Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51467.**—Protests 116023–K, etc., of General Fire Extinguisher Co., et al. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, DECEMBER 11, 1946

**No. 51468.**—Protests 28842–K/11764, etc., of William J. Oberle, Inc., et al. (New Orleans, etc.).